## HENDRICKSON, JUDGE OF THE COUNTY COURT OF TAYLOR COUNTY, KENTUCKY, *v.* CREAGER.

## SAME *v.* GARDNER.

## SAME *v.* HOCKER.

## SAME *v.* STERLING LAND & INVESTMENT COMPANY.

CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE SIXTH CIRCUIT.

Nos. 428, 429, 430, 431. Argued October 11, 1917.—Decided November 5, 1917.

Decided on the authority of *Hendrickson* v. *Apperson, ante,* 105. 238 Fed. Rep. 473, affirmed.

*Mr. Helm Bruce,* with whom *Mr. Abel Harding* was on the brief, for petitioner.

*Mr. L. A. Faurest,* with whom *Mr. A. E. Richards* was on the brief, for respondents.

MR. JUSTICE McREYNOLDS announced the decision of the court:

The essential questions involved in these cases are the same as those considered and decided in No. 427, *ante*, 105. The judgment of the Circuit Court of Appeals in each of them is accordingly

*Affirmed.*